Ben BRUNSTON; et al., Plaintiffs–
Appellants,

v.

Bill BRADBURY, Oregon Secretary
of State; et al., Defendants–
Appellees.

No. 03–35023.
D.C. No. CV–02–06223–HO.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 14, 2003.

Steven E. Benson, Attorney at Law,
Portland, OR, Walter D. Nunley, pro se,
Medford, OR, for Plaintiffs–Appellants.

Brendan C. Dunn, Office of the Attorney
General (Oregon), Salem, OR, for Defen-
dants–Appellees.

Before KOZINSKI, SILVERMAN, and
TALLMAN, Circuit Judges.

MEMORANDUM**

Ben Brunston, Steve Piter, Walter D.
Nunley, and Sharman Johnson appeal the
district court's judgment dismissing their
42 U.S.C. § 1983 action and the district
court's order denying their Fed.R.Civ.P.
60(b) motion to reconsider. We affirm in
part, and dismiss in part.

Appellants' filed their motion to recon-
sider more than 10 days after entry of
judgment. The motion therefore, did not

toll the time in which to appeal the under-
lying judgment and was properly con-
strued as a Rule 60(b) motion. See Fed.
R.App. P. 4(a)(1)(A); Am. Ironworks &
Erectors, Inc. v. N. Am. Const. Corp., 248
F.3d 892, 898–99 (9th Cir.2001).

The district court did not abuse its dis-
cretion in denying appellants' motion to
reconsider because appellants presented
no grounds justifying relief under Rule
60(b). See Am. Ironworks, 248 F.3d at
899.

We lack jurisdiction to review the under-
lying judgment because appellants' notice
of appeal is not timely as to the judgment.

AFFIRMED IN PART, DISMISSED
IN PART.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

